IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PHILLIP S. MOSKIOS, SR., and
JODIE COWAN,

       Plaintiffs,

   v.

GREGORY S. FOSTER,

       Defendant.

No. 1:12-cv-591-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

    I agree with the Report and Recommendation that plaintiffs are entitled to default judgment against defendant. I also agree that the amounts requested by plaintiffs are reasonable.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#12) is adopted. Judgment will be entered against defendant for $1,000 in statutory damages, $2,693 in attorney's fees, and $500 in costs, for a total of $4,193.

IT IS SO ORDERED.

DATED this __14__ day of August, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE